123    701
136     69

## ENGLISH *v.* YORE.

APPEAL—QUESTION OF FACT—JUDGMENT.

> The only question in the case being one of fact, as to whether the note in suit was given as payment upon a land contract, or as accommodation paper, in the nature of a loan, and that question having been resolved by the jury in accordance with plaintiff's contention, the judgment in his favor was affirmed.

Error to Berrien; Coolidge, J. Submitted April 4, 1900. Decided May 2, 1900.

*Assumpsit* by Peter English against Patrick Yore on a promissory note. From a judgment for plaintiff, defendant brings error. Affirmed.

*Hammond & Hammond*, for appellant.

*Gore & Harvey*, for appellee.

HOOKER, J.   An opinion upon a former review of this cause will be found in 119 Mich. 444 (78 N. W. 476). It has been again tried, and defendant has appealed. Plaintiff claims to have made a note for the accommodation of the defendant, who was made payee, with the expectation that it would be negotiated at the bank upon the understanding. that, if a former land deal should be abandoned, he should be reimbursed by the defendant, but, if it should not be abandoned, it should apply upon that. Plaintiff paid the note, and, the land contract being abandoned by mutual consent, he brought this action. The court instructed the jury that the only question for them was one of fact, whether the note was given as payment upon the land contract or for the accommodation of the defendant, in the nature of a conditional loan. Our former opinion indicates that this was the only substantial question in the case. We have examined the record, and find no error.

The judgment is affirmed.

The other Justices concurred.